# EXHIBIT A

US00D614063S

(12) **United States Design Patent**     (10) Patent No.:     **US D614,063 S**
    Shin                                  (45) Date of Patent:     ** **Apr. 20, 2010**

(54) **WARNING LIGHT LENS**

(76) Inventor:   **David D Shin**, 7322 Madison St.,
                 Paramount, CA (US) 90723

(**) Term:      **14 Years**

(21) Appl. No.: **29/352,301**

(22) Filed:     **Dec. 18, 2009**

(51) **LOC (9) Cl.** ................................................. **10-05**
(52) **U.S. Cl.** ...................................................... **D10/114**
(58) **Field of Classification Search** ............... D10/109,
        D10/111, 114; D26/29–31, 60, 37, 24; 362/158,
                                362/171–174, 183–208
        See application file for complete search history.

(56)               **References Cited**

              U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D118,717 | S | 1/1940 | Alm |
| 3,093,320 | A | 6/1963 | Knapp |
| D205,957 | S | 10/1966 | Skokie |
| D215,117 | S | 9/1969 | Stahl |
| D221,106 | S | 7/1971 | Tixier |
| 4,020,047 | A | 4/1977 | Burland |
| D246,131 | S | 10/1977 | Schifrin |
| D246,330 | S | * 11/1977 | Krase et al. ................... D26/76 |
| D248,791 | S | 8/1978 | Tixier |
| D255,883 | S | 7/1980 | Ferenc |
| D282,687 | S | 2/1986 | McMahon |
| D352,914 | S | 11/1994 | Sours |
| D375,180 | S | 10/1996 | Lyons |
| D397,633 | S | * 9/1998 | Yang et al. ................... D10/111 |
| D402,576 | S | 12/1998 | Yang et al. |
| D407,168 | S | * 3/1999 | Arakelian ................... D26/28 |
| D414,712 | S | * 10/1999 | Yang et al. ................... D10/111 |
| D483,511 | S | 12/2003 | Lay |
| D530,437 | S | 10/2006 | Neufeglise |
| D542,948 | S | 5/2007 | Columbro |
| D564,108 | S | 3/2008 | Lassen |
| D583,695 | S | * 12/2008 | Grote, Jr. ................... D10/109 |
| D584,180 | S | 1/2009 | Pokorny |
| D589,835 | S | 4/2009 | Pokorny |
| D591,187 | S | 4/2009 | Pokorny |
| D591,188 | S | 4/2009 | Pokorny |
| D593,428 | S | 6/2009 | Lyons |
| D595,172 | S | 7/2009 | Pokorny |
| 2005/0190553 | A1 | 9/2005 | Lynch et al. |

* cited by examiner

*Primary Examiner*—Caron Veynar
*Assistant Examiner*—George D Kirschbaum
(74) *Attorney, Agent, or Firm*—Kirk A. Buhler; Buhler & Associates

(57)                **CLAIM**

The ornamental design of a warning light lens, as shown and described.

              **DESCRIPTION**

FIG. 1 is a top perspective view for a warning light lens showing my new design;

FIG. 2 is a top view thereof;

FIG. 3 is a right view, the opposite left side is a mirror image thereof;

FIG. 4 is a bottom view thereof;

FIG. 5 is a front view, the opposite back side is a mirror image thereof;

FIG. 6 is a cross-sectional view taken along lines 6—6 from FIG. 4 thereof;

FIG. 7 is a cross-sectional view taken along lines 7—7 from FIG. 4; and,

FIG. 8 is a perspective view of the warning light lens with environmental mounted hardware.

The broken lines in FIG. 8 depict environmental subject matter of mounting hardware for the invention only and form no part of the claimed design.

              **1 Claim, 4 Drawing Sheets**





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

# EXHIBIT B

XTREME PRODUCTS                                    PATENT NUMBER     MODEL NAME, COLOR AND SIZES





Xtreme® 4 LED 4 Watt Emergency
Vehicle Waterproof Surface Mount
Deck Dash Grille Strobe Light
Warning
Police Light Head with Clear Lens

D614,063S

COLORS: RED, RED/CLEAR, AMBER,
AMBER/CLEAR, BLUE. BLUE/CLEAR
CLEAR





D614,063S

Xprite Emergency Warning Traffic
Advisor Vehicle Strobe Light Bar



COLORS: RED, RED/CLEAR, AMBER,
AMBER/CLEAR, BLUE. BLUE/CLEAR
CLEAR

SIZES: 15", 18", 27", 31.5",35.5" &
38"



Xtreme® 44 LED High Intensity



D614,063S

Law Enforcement Emergency
Hazard Warning Flashing Car
Truck Construction LED Top
Roof Mini Bar Strobe Light
with Magnetic Base


COLORS: RED, RED/CLEAR, AMBER,

AMBER/CLEAR, BLUE. BLUE/CLEAR
CLEAR














D614,063S

Xtreme® 40 LED HIGH INTENSITY LAW
ENFORCEMENT EMERGENCY
HAZARD WARNING FLASHING
CAR TRUCK CONSTRUCTION
LED TOP ROOF MINI BAR
STROBE LIGHT WITH
MAGNETIC BASE


COLORS: RED, RED/CLEAR, AMBER,

AMBER/CLEAR, BLUE. BLUE/CLEAR
CLEAR





D614,063S

Xtreme® High Wattage
 Law Enforcement Emergency
Hazard Warning LED
Mini Bar Roof Top Strobe
 Light with Magnetic Base

COLORS: RED, RED/CLEAR, AMBER,

AMBER/CLEAR, BLUE. BLUE/CLEAR
CLEAR